DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW ISAACS,**
Appellant,

v.

**MICHELLE ANNE-MARIE SHARPE,**
Appellee.

No. 4D2025-3225

[June 18, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A Robinson, Judge; L.T. Case No. 062022CA001459AXXXCE.

Andrew Isaacs, Tamarac, pro se.

Evan B. Plotka of Evan B. Plotka, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***